2241 Motion Emergency          Date - 1-9-24

Alkhaliq Hankton          2:24-cv-67-JRS-MJD

v.s.

Warden Wadd's

FILED
02/26/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

I have been locked up since June 12th a drug case and I have been earning time credits towards my release date due to the First Step Act. I have been earning 10 days per month but I have not been getting them applied towards my sentence at all. As of right now I have earned 90 days and counting. The Warden, Wadd's, has denied the earned days toward my sentence from the F.S.A. because I am not a low or minimum recidivism but the F.S.A does not state that you can not apply the earned Time credit days if you are not a low or minimum. It states," If you are a low recidivism you can earn 15 days every 30 days and if you are a high or medium you can earn 10 days every 30 days. I am just asking for this E.T.C to be corrected because the warden, Wadd's, is saying he is not going to grant it because I have a drug charge. Can the Warden, Wadd's, go against the FSA. law?

x Alkhaliq Hankton