UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALKHALIQ HANKTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:24-cv-00067-JRS-MJD |
| | ) |
| WADDS, | ) |
| | ) |
| Respondent. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **dismissed with prejudice.**

Date: 5/15/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

ALKHALIQ HANKTON
54473-424
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808